COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | | |
|---|---|---|---|
| Robert Jeffery Liller, | § | No. 08-16-00309-CR | |
| Appellant, | § | Appeal from the | |
| v. | § | 109th District Court | |
| The State of Texas, | § | of Andrews County, Texas | |
| State. | § | (TC# 6568) | |

## O R D E R

The Reporter's Record in the above styled and numbered cause was due January 16, 2017, but it has not been filed. The Court Reporter has notified the Court that Appellant has not made payment for the preparation of the reporter's record. On January 27, 2017, Mr. Josh Stephens, Appellant's attorney, filed with this Court a letter stating that Appellant's family is unable to pay for the reporter's record and requesting that a hearing be conducted by the trial court to determine if Appellant is indigent.

Before the Court can continue with this appeal, it is ORDERED that the trial court conduct a hearing in order to determine if Appellant is indigent and entitled to have the reporter's record provided at no cost to him. The trial court is authorized to enter any necessary orders and file them, along with the trial court's findings, with the District Clerk of Andrews County on or before February 16, 2017. The District Clerk shall prepare a supplemental clerk's record containing the

trial court's findings and/or orders and forward the same to this Court on or before February 26, 2017. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before February 26, 2017.

The due date of the Reporter's Record will be determined after the trial court's findings are filed with this Court.

IT IS SO ORDERED this 27th day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.